Jonathan K. Waldrop SBN 297903
Marcus A. Barber SBN 307361
John W. Downing SBN 252850
Heather S. Kim SBN 277686
ThucMinh Nguyen SBN 304382
Jonathan H. Hicks SBN 274634
KASOWITZ LLP
101 California Street, Suite 3950
San Francisco, CA 94111
Tel: (415) 421-6140
Fax: (415) 358-4408
jwaldrop@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
tnguyen@kasowitz.com
jhicks@kasowitz.com

*Attorneys for Plaintiff Intellectual Ventures II LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>Plaintiff,<br><br>v.<br><br>**QUALCOMM INCORPORATED.**<br><br>Defendant. | Civil Action No. **'25CV3197 H    VET**<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL RULE 30(B)(6) TESTIMONY AND DOCUMENT PRODUCTION FROM THIRD PARTY QUALCOMM INCORPORATED |

MOTION TO COMPEL

## NOTICE OF MOTION AND MOTION

Plaintiff Intellectual Ventures II LLC (hereinafter "IV") hereby moves, pursuant to Federal Rules of Civil Procedure 34(c), 37(a)(1), and 45, for an Order compelling limited discovery from third party Qualcomm Incorporated ("Qualcomm") subpoenaed by IV in *Intellectual Ventures II LLC et al. v. Tesla, Inc.*, Case No. 1:24-cv-00884-ADA, pending before the United States District Court for the Western District of Texas (the "IV v. Tesla litigation"). IV requests that this Court compel Qualcomm to (1) produce a witness for a limited-scope Rule 30(b)(6) deposition and to authenticate and establish the business-record status of documents and source code produced by Qualcomm, and (2) to the extent it has not already done so, produce documents relevant to the functionality provided by Qualcomm on Tesla vehicles. This Motion is accompanied by a Memorandum of Points and Authorities, the declaration of John Downing, and supporting exhibits.

This Motion is brought because IV, Defendant Tesla, and Qualcomm have been unable to agree to a stipulation and authenticity of a declaration regarding the authenticity of Qualcomm business regards and confirmation that the source code relates to functionality provided in Tesla vehicles. IV and Qualcomm intended to eliminate the need for a custodian of records deposition prior to trial. Because the parties have been unable to reach an agreement, IV must ensure such testimony can be secured. This Motion follows extensive meet-and-confer discussions between IV and Qualcomm's counsel requesting deposition availability and discussing a declaration in lieu of deposition, which continued over the past two months.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RULE 30(B)(6) TESTIMONY AND DOCUMENT PRODUCTION FROM THIRD PARTY QUALCOMM INCORPORATED**

## I.  INTRODUCTION

IV asks this Court to enforce a subpoena issued to non-party Qualcomm in the IV v. Tesla litigation. Specifically, IV seeks: (1) a limited-scope Rule 30(b)(6) deposition of Qualcomm to testify concerning the chips provided by Qualcomm to Tesla in Tesla vehicles and establish that the Source Code produced by Qualcomm is utilized in Tesla vehicles. Since the parties have not been able to reach an agreement after a stipulation and correlation declaration was exchanged, IV requested that Qualcomm designate a witness for a short deposition. Qualcomm failed to provide a witness before the discovery cutoff. Accordingly, IV files this Motion to compel compliance with the subpoena.

## II.  STATEMENT OF FACTS

This Motion arises from a patent infringement lawsuit filed by IV against Tesla in the Western District of Texas. IV alleges that Tesla infringes several patents-in-suit through its use of Qualcomm chips that provide connectivity. On May 12, 2025, May 16, 2025, and November 3, 2025, IV served Qualcomm with subpoenas under Rule 45 to produce documents and designate a corporate representative for deposition under Rule 30(b)(6). Qualcomm is in sole possession of certain source code and technical documents central to IV's infringement contentions. Exs. 1-3. IV reviewed code at Qualcomm's secure facility in Los Angeles, California, from July 28-August 1, August 4-8, August 11-15, September 10-11, September 15-19, September 22-23 and October 6-8. IV printed relevant excerpts during that process which were provided to Tesla.

On June 17, 2025, October 6, 2025, October 28, 2025, IV requested deposition dates from Qualcomm. Exs. 4-6. When IV indicated it would move to compel, Qualcomm agreed to provide a correlation declaration in lieu of a deposition. The correlation declaration was provided on October 28, 2025, and provided to Tesla. Ex. 7. On November 6, 2025, IV provided some additional information for the correlation declaration based on additional folders that Qualcomm produced. Ex. 8. Additionally, IV provided a stipulation regarding authenticity that would allow the

1 declaration to be used in lieu of a deposition that also stipulates that the code produced is relevant
2 to the Qualcomm chips provided in Tesla vehicles and is utilized in Tesla's vehicles.

3 Because the parties have not been able to agree on the issue, IV now moves to compel
4 production of the requested testimony to preserve its rights and avoid later trial disruption.

5 **III.   LEGAL STANDARD**

6 Under Rule 45, a nonparty may be compelled to produce a witness for deposition. *See* Fed.
7 R. Civ. P. 45.

8 **IV.   ARGUMENT**

9 The infringement allegations concern the operation of certain Qualcomm chips that provide
10 connectivity between Tesla's vehicles. IV has been reviewing code at Qualcomm's secure facility
11 for many months and provided deficiency requests on the following dates. On October 30, 2025,
12 Tesla agreed to allow IV to update its infringement contentions in view of the Qualcomm review.
13 Qualcomm has produced source code that are highly relevant to IV's infringement allegations. IV
14 seeks only limited testimony to establish authenticity and business-record status for trial and to
15 confirm the source code is present and functional in Tesla vehicles. These topics fall squarely within
16 Rule 30(b)(6) and correspond to the topics provided in the subpoena.

17 This deposition is necessary to avoid future disputes over admissibility and will impose
18 minimal burden on Qualcomm. IV will provide proposed questions in advance, accommodate
19 Qualcomm's schedule, and conduct the deposition remotely if preferred. Tesla will suffer no
20 prejudice—it has had ample opportunity to review Qualcomm's production was provided access to
21 the Source Code and may attend the deposition. Moreover, should the parties reach an agreement
22 on the correlation declaration and stipulation, IV will withdraw the motion.

23 **V.   CONCLUSION**

24 Pursuant to Rule 45(f), IV respectfully requests that this Court transfer this Motion to the
25 Western District of Texas, where the underlying IV v. Tesla litigation is pending, for final
26 resolution. Alternatively, IV respectfully requests that this Court issue an order compelling
27
28

1  Qualcomm to: (1) Designate a Rule 30(b)(6) witness related to the noticed topics and to authenticate
2  the source code.

3
4  Dated: November 17, 2025                Respectfully submitted,

5                                          By: */s/ Jonathan K. Waldrop*
                                               Jonathan K. Waldrop (CA Bar No. 297903)
6                                              jwaldrop@kasowitz.com
                                               Marcus A. Barber (CA Bar No. 307361)
7                                              mbarber@kasowitz.com
                                               John W. Downing (CA Bar No. 252850)
8                                              jdowning@kasowitz.com
                                               Heather S. Kim (CA Bar No. 277686)
9                                              hkim@kasowitz.com
                                               ThucMinh Nguyen (CA Bar No. 304382)
10                                             tnguyen@kasowitz.com
                                               Jonathan H. Hicks (CA Bar No. 274634)
11                                             jhicks@kasowitz.com
                                               **KASOWITZ LLP**
12                                             101 California Street, Suite 3950
                                               San Francisco, CA 94111
13                                             Telephone: (415) 421-6140
                                               Facsimile: (415) 358-4408
14
15                                             **Attorneys for Plaintiff**
                                               **INTELLECTUAL VENTURES II LLC**
16

17
18
19
20
21
22
23
24
25
26
27
28

Kasowitz Benson
Torres LLP
Attorneys at Law
San Francisco

MOTION TO COMPEL                           3

# PROOF OF SERVICE

I, Jonathan K. Waldrop, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 101 California Street, Suite 3950, San Francisco, CA 94111.

On November 17, 2025, I caused to be served a copy of the within document:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL RULE 30(B)(6) TESTIMONY AND DOCUMENT PRODUCTION FROM THIRD PARTY QUALCOMM INCORPORATED**

by transmitting via electronic mail the document(s) listed above to the electronic email address set forth below on this date:

> David Kays, Esq.
> Donn Waslif, Esq.
> Freeday Y. Lugo, Esq.
> MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
> 333 W. San Carlos Street, Suite 1050
> San Jose, CA  95110
> Telephone: 408.288.8288
> dkays@mffmlaw.com
> dwaslif@mffmlaw.com
> flugo@mffmlaw.com
>
> *Attorneys for Qualcomm Incorporated*

            */s/ Jonathan K. Waldrop*
            Jonathan K. Waldrop

MOTION TO COMPEL                             4

## CERTIFICATE OF COMPLIANCE

I hereby certify that on November 7, 2025, counsel for both Intellectual Ventures II, LLC, Tesla, Inc. and Qualcomm Incorporated conferred telephonically pursuant to the requirements of Local Rule 26.1(b). During the meet and confer, Intellectual Ventures requested a deposition. Qualcomm did not agree.

>                          */s/ Jonathan K. Waldrop*
>                             Jonathan K. Waldrop

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MOTION TO COMPEL                     5